**Lisa R. ARNOLD, Petitioner,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.**

**No. 2007–3304.**

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

**ORDER**

Order Vacated, See 2008 WL 565342.

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Karen D. DANIELS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2008–3065.**

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

Karen D. Daniels, pro se.

**ORDER**

Order Vacated, See 2008 WL 275899.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**David C. BENDER, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

**No. 2007–3333.**

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

**ORDER**

Order Vacated, See 2008 WL 565442.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.